IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE F. TSETSE,<br><br>  Petitioner,<br><br>  v.<br><br>ROBERT NEUSCHMID,<br><br>  Respondent.           / | No. C 18-1876 WHA (PR)<br><br>**ORDER LIFTING STAY; REOPENING CASE; TO SHOW CAUSE;**<br><br>(Dkt. No. 34) |

Petitioner, a California prisoner proceeding pro se, filed this habeas petition under 28 U.S.C. § 2254 challenging his conviction in state court. Petitioner timely filed an amended petition claiming that he received ineffective assistance of counsel at trial, which claim was exhausted. Respondent answered and petitioner filed a traverse. Petitioner was granted a stay to exhaust two additional claims. He indicates that he has done so, and he has filed a second amended petition containing the original claim and the two new claims. Good cause appearing, the stay is **LIFTED**, the case is administratively **REOPENED**, and respondent is ordered to show cause why a petition should not be granted based upon the three claims in the second amended petition.

It is hereby ordered as follows:

1. Respondent shall file with the court and serve on petitioner, within **sixty-three (63) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the three claim in the second amended petition. In doing so, respondent shall file a new answer with a supporting memorandum that either replaces or supplements the memorandum supporting the original answer. Respondent need not file new copies of previously submitted exhibits.

If petitioner wishes to respond to the answer, she shall do so by filing a traverse with the court and serving it on respondent within **twenty-eight days** of the date the answer is filed. Petitioner shall indicate whether the traverse supplements or replaces the previously-filed traverse.

2. Respondent may file, within **sixty-three (63) days**, a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **twenty-eight days** of the date the motion is filed, and respondent shall file with the court and serve on petitioner a reply within **fourteen days** of the date any opposition is filed.

IT IS SO ORDERED.

Dated: March __4__, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE